

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00241-CV

_____

IN RE SAMUEL KADYEBO, Relator

---

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2023-005020-2

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and request for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary relief are denied.

Per Curiam

Delivered:  May 27, 2025